David L. Mazaroli (DM-3929)
Attorney for Plaintiff
11 Park Place – Suite 1214
New York, NY 10007-2801
Tel. (212)267-8480
Fax. (212)732-7352
e-mail: dlm@mazarolilaw.com

------------------------------------------------------------x
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

|  |  |
|---|---|
| INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, | : ECF CASE |
|  | : |
| Plaintiff, | : 07 Civ. 3875 (PKL) |
|  | : |
| - against - | : COMPLAINT |
|  | : |
| FORWARD AIR, INC.; | : |
|  | : |
| Defendant. | : |

------------------------------------------------------------x

Plaintiff, through its undersigned attorney, alleges as follows for its complaint against defendant:

1.    Plaintiff Indemnity Insurance Company of North America is a corporation organized under the laws of, and with its principal place of business in, the state of Pennsylvania.  Plaintiff maintains an office at 140 Broadway, New York, New York, and sues herein as subrogated insurer of the shipments in suit and for and on behalf of the shippers, consignees and owners of the cargo as their interests may appear.

2.    Defendant Forward Air, Inc. is believed to be a corporation organized under the laws of, and with its principal place of business in, one of the fifty states.

3.    This Court has jurisdiction over the subject matter to this action pursuant to 28 U.S.C. § 1331 as this action arises from the carriage of goods in interstate

commerce and is governed by federal statues related thereto, including the Carmack Amendment to the Interstate Commerce Act of 1887 ("Carmack"), 49 U.S.C. § 11706. Concurrently there is pendent, ancillary and supplemental jurisdiction as to certain aspects of the claims in suit.

4. Upon information and belief defendant Forward Air Inc. at all material times conducted business as a common carrier of cargo for hire including carriage of shipments to, from and within the State of New York and is subject to the *in personam* jurisdiction of this Court.

5. This action involves loss and damage to the shipments described more fully in the annexed Schedules A, B, C, D, E, and F, which are incorporated herein by reference.

6. Said loss and damage was the result of defendant's reckless failure to properly carry and care for the cargo in suit, and its breaches of fiduciary duties owed to the owners of the cargo.

7. By reason of the aforesaid, plaintiff, and those on whose behalf it sues, has sustained damages in the amount of $33,657.45, no part of which has been paid although duly demanded.

8. Plaintiff sues herein on its own behalf and as agent and trustee for and on behalf of anyone else who may now have or hereafter acquire an interest in this action.

9. Plaintiff has performed all conditions precedent required of it under the premises.

## SECOND CAUSE OF ACTION

10. Plaintiff repeats and realleges the allegations set forth in paragraphs 1 through 9 of this complaint.

11. On or about the date of the respective bills of lading the shipments in suit were delivered in good order and condition into the custody and control of defendant for purposes of interstate carriage to the agreed destinations.

12. Defendant failed to deliver the cargo at the agreed destination in the same good order and condition. Instead the cargo sustained damage during interstate transport which rendered the shipments unfit for intended usage.

13. As a result of the aforesaid, defendant is liable to plaintiff as common carrier, forwarder, warehouseman, and/or bailee for hire.

WHEREFORE, plaintiff demands judgment against defendant Forward Air, Inc.:

    a) for the sum of $33,657.45;

    b) for prejudgment interest at the rate of 9% per annum;

    c) for the costs of this action;

    d) for such other and further relief as this court deems proper and just.

Dated: New York, New York
       May 16, 2007

                         LAW OFFICES,
                         DAVID L. MAZAROLI

                         *s/David L. Mazaroli*
                         _____
                         David L. Mazaroli (DM 3929)
                         Attorney for Plaintiff
                         11 Park Place - Suite 1214
                         New York, New York 10007
                         Tel.: (212)267-8480
                         Fax.: (212)732-7352
                         E-mail: dlm@mazarolilaw.com
                         File Nos.: 6G-1341, 6G-1342, 6G-1343
                                  6G-1405, 6G-1406 and 6G-1407

## **SCHEDULE A**

| | |
|---|---|
| Subrogated Insurer: | Indemnity Insurance Company of North America |
| Insured: | Express Solutions International |
| Claimant: | Blair Inc. |
| Waybill No.: | 23407157 |
| Dated: | September 23, 2005 |
| Origin: | Springfield, VA |
| Destination: | Fort Worth, TX |
| Commodity: | Exhibit materials, including carpet |
| Claim Amount | $7,141.64 |
| Forward File: | 47530 |
| INAMAR File | JY05J17885-X |
| DLM File: | 6G-1341 |

## **SCHEDULE B**

| | |
|---|---|
| Subrogated Insurer: | Indemnity Insurance Company of North America |
| Insured: | Associated Global Systems |
| Claimant: | Atlantic Skyline |
| Waybill No.: | 21935827 |
| Dated: | September 15, 2005 |
| Origin: | New Hyde Park, NY |
| Destination: | Dulles, VA |
| Commodity: | Exhibition Booth |
| Claim Amount | $5,358.00 |
| Forward File: | 47445 |
| INAMAR File | JY06J001919-5 |
| DLM File: | 6G-1342 |

# SCHEDULE C

| | |
|---|---|
| Subrogated Insurer: | Indemnity Insurance Company of North America |
| Insured: | Unigroup, Inc. |
| Claimant: | Speedway Freight |
| Waybill No.: | 23289298 |
| Dated: | August 19, 2005 |
| Origin: | Fenton, MO |
| Destination: | Los Angeles, CA |
| Commodity: | Electronics (Computers) |
| Claim Amount | $5,605.00 |
| Forward File: | 48126 |
| INAMAR File | JY05J018521-8 |
| DLM File: | 6G-1343 |

## SCHEDULE D

| | |
|---|---|
| Subrogated Insurer: | Indemnity Insurance Company of North America |
| Insured: | Associated Global Systems |
| Claimant: | Qwest Communications |
| Waybill No.: | 23438998 |
| Dated: | October 7, 2005 |
| Origin: | Auroa, CO |
| Destination: | Atlanta, GA |
| Commodity: | Kiosk |
| Claim Amount | $5,632.47 |
| Forward File: | 49428 |
| INAMAR File | JY06J010377-4 |
| DLM File: | 6G-1405 |

## **SCHEDULE E**

| | |
|---|---|
| Subrogated Insurer: | Indemnity Insurance Company of North America |
| Insured: | Associated Global Systems |
| Claimant: | Qwest Communications |
| Waybill No.: | 20185056 |
| Dated: | September 22, 2005 |
| Origin: | Atlanta, GA |
| Destination: | Denver, CO |
| Commodity: | Data Machine Parts |
| Claim Amount | $5,695.96 |
| Forward File: | 49247 |
| INAMAR File | JY06J010372-X |
| DLM File: | 6G-1406 |

# **SCHEDULE F**

| | |
|---|---|
| Subrogated Insurer: | Indemnity Insurance Company of North America |
| Insured: | Associated Global Systems |
| Claimant: | Atlantic Skyline |
| Waybill No.: | 24303458 |
| Dated: | December 20, 2005 |
| Origin: | Dulles, VA |
| Destination: | Las Vegas, NV |
| Commodity: | Exhibit Material |
| Claim Amount | $4,224.38 |
| Forward File: | 49482 |
| INAMAR File | JY06J009657-X |
| DLM File: | 6G-1407 |