

DLM REFS:  6G-1341-1343 &
           6G-1405-1407

## WAIVER OF SERVICE OF SUMMONS

TO:  David L. Mazaroli, Attorney for Plaintiff

    I acknowledge receipt of your request that I waive service of a summons in the action of **INDEMNITY INSURANCE COMPANY OF NORTH AMERICA v. FORWARD AIR, INC.** which is case number **07 CIV. 3875 (PKL)** in the United States District Court for the Southern District of New York. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without costs to me.

    I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

    I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

    I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after **May 18, 2007**, or within 90 days after that date if the request was sent outside the United States.

                                                  Forward Air, Inc.
                                                 184-54 149th Avenue
                                                 Springfield Gardens, NY 11413

June 8, 2007
Date

Signed: *[signature]*
Name: CHARLES J. REITER (CJR-2915)
Title: Counsel for Defendant Forward Air, Inc.
Company: CALLAHAN & FUSCO, LLC
161 Eagle Rock Avenue
ROSELAND, NJ 07068
(973) 618-9770