USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/19/07

LEISURE, S

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
INDEMNITY INSURANCE COMPANY OF
NORTH AMERICA,

                Plaintiff,

-against-

FORWARD AIR, INC.,

                Defendant.
-----------------------------------------------------------X

Civil Action No.:
07 CV 3875 (PKL)

STIPULATION EXTENDING
TIME TO ANSWER

    IT IS HEREBY STIPULATED, by and between the attorneys for the parties hereto that the defendant, FORWARD AIR, INC.'s, time to answer, move or otherwise respond to the Complaint is hereby extended up to and including August 17, 2007.

Dated: New York, New York
        July 16, 2007

LAW OFFICES OF DAVID L. MAZAROLI
Attorneys for Plaintiff

By: _____
DAVID L. MAZAROLI, ESQ.
(DM-3929)
11 Park Place – Suite 1214
New York, New York 10007
(212) 267-8480

CALLAHAN & FUSCO, LLC
Attorneys for Defendant
FORWARD AIR, INC.

By: _____
CHARLES J. REITER, ESQ.
(CJR-2915)
161 Eagle Rock Avenue
Roseland, NJ 07068
(973) 618-9770

So Ordered: 7/19/07

_____ , USDJ
for Hon. Peter K. Leisure, USDJ



# CALLAHAN&FUSCO LLC
### Attorneys at Law

| | | |
|---|---|---|
| BETH A. CALLAHAN ♦<br>CHRISTOPHER G. FUSCO ✱<br><br>CATHERINE MCGLONE ♦<br>CHARLES J. REITER ✱<br>OF COUNSEL<br><br>WILLIAM A. SICHERI ✱<br>CHAD L. KLASNA ✱■<br>MATTHEW D. STOCKWELL ✱<br>SELENA M. CASINELLI ♦ | 72 EAGLE ROCK AVENUE, SUITE 320<br>EAST HANOVER, NJ 07936<br><br>TELEPHONE: (973) 618-9770<br>FACSIMILE: (973) 618-9772<br>WWW.CALLAHANFUSCO.COM | 40 EXCHANGE PLACE<br>18TH FLOOR<br>NEW YORK, NY 10005<br>TELEPHONE: (212) 448-9570<br>FACSIMILE: (212) 448-9772<br><br>PLEASE REPLY TO NEW JERSEY<br><br>♦ N.J.<br>● N.Y.<br>✱ N.J. & N.Y.<br>■ ILL. |

July 17, 2007

**VIA ELECTRONIC MAIL**
Hon. Peter K. Leisure
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1910
New York, New York 10007-1312

      Re:  **Indemnity Insurance Company of North America v. Forward Air, Inc.**
           **07 CV 3875 (PKL)**

Dear Honorable Sir:

      We represent the defendant, Forward Air, Inc. ("Forward Air"), with regard to the above-referenced matter.

      Enclosed for Your Honor's consideration is a Stipulation extending Forward Air's time to answer the plaintiff's Complaint up to, and including August 17, 2007. As evidenced by the Stipulation, plaintiff has consented to same and we ask that Your Honor so-order the Stipulation. This is the first such request for an extension to answer being made by defendant, Forward Air.

      I thank the Court for its time and courtesies herein.

                    Respectfully submitted,

                    CHARLES J. REITER
                    (CJR-2915)

CJR/jh
Enclosures
cc: David L. Mazaroli, Esq. (w/ enclosure)