David L. Mazaroli (DM-3929)
Attorney for Plaintiff
11 Park Place – Suite 1214
New York, NY 10007-2801
Tel. (212)267-8480
Fax. (212)732-7352
e-mail: dlm@mazarolilaw.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/29/07
```

------------------------------------------------x
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x

INDEMNITY INSURANCE COMPANY
OF NORTH AMERICA,

              Plaintiff,

- against -

FORWARD AIR, INC.;

              Defendant.

------------------------------------------------x

07 Civ. 3875 (PKL)

**STIPULATION & ORDER OF DISCONTINUANCE**

    A settlement agreement having been reached, it is hereby stipulated and agreed that this action is discontinued as to all parties pursuant to Rule 41 (a) (1)(ii) Federal Rules of Civil Procedure, with prejudice but with each party to pay its own costs and attorney fees.

    It is further stipulated and agreed that, if the settlement funds are not paid within sixty (60) days of the entry of this order, this action will be restored to the active docket of this Court upon letter application of plaintiff's counsel.

Dated: New York, New York
       August 29, 2007

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

07 Civ. 3875 (PKL)
Stipulation & Order
of Discontinuance
Page 2

                                    LAW OFFICES,
                                    DAVID L. MAZAROLI

                                    David L. Mazaroli (DM 3929)
                                    Attorney for Plaintiff
                                    11 Park Place - Suite 1214
                                    New York, New York 10007
                                    Tel.: (212)267-8480
                                    Fax.: (212)732-7352
                                    E-mail: dlm@mazarolilaw.com
                                    File Nos.: 6G-1341-1343 & 6G-1405-1407

Callahan & Fusco, LLC
Attorneys for Defendant
FORWARD AIR, INC.

By: _____
Charles J. Reiter (CJR 2915)
161 Eagle Rock Avenue
Roseland, New Jersey 09770
Tel..: (973)618-9770